FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 15-80722 | Trustee Name: | Lou Ann Marocco |
|---|---|---|---|
| Case Name: | KEILLY, BRIAN MICHAEL | Date Filed (f) or Converted (c): | 09/09/2015 (f) |
| For the Period Ending: | 03/31/2018 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 104 E Lawrin Blvd, Terre Haute, IN 47803-2018 Sing | $199,900.00 | $0.00 | OA | $0.00 | FA |
| 2 | 5354 Mark Ln, Indianapolis, IN 46226-1668 Single f | $109,400.00 | $0.00 | OA | $0.00 | FA |
| 3 | Checking Account 8075 Chase Bank Joint with Spouse | $1,120.24 | $770.24 | | $624.03 | $146.21 |
| Asset Notes: | Checking Account 8075 Chase Bank Joint with Spouse | | | | | |
| 4 | Household goods and furnishings | $3,500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Household goods and furnishings | | | | | |
| 5 | Clothing | $500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Clothing | | | | | |
| 6 | 401K through Mabteck Enterprises, Inc. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 401K through Mabteck Enterprises, Inc. | | | | | |
| 7 | 500 shares in Mabteck Enterprises, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 500 shares in Mabteck Enterprises, Inc. | | | | | |
| 8 | 76.781014 share of Procter & Gamble Jointly owned | Unknown | $2,500.00 | | $0.00 | $2,500.00 |
| Asset Notes: | 76.781014 share of Procter & Gamble Jointly owned with Mary Joan Schwanke | | | | | |
| 9 | 2004 Chevrolet Suburban 1500 LS 4WD 4dr SUV (5.3L | $4,409.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 2004 Chevrolet Suburban 1500 LS 4WD 4dr SUV (5.3L 8cyl 4A) | | | | | |
| 10 | Federal & State Tax Refunds   (u) | Unknown | $1,388.97 | | $1,388.97 | FA |

**TOTALS (Excluding unknown value)**       **Gross Value of Remaining Assets**

$318,829.24       $4,659.21       $2,013.00       $2,646.21

**Major Activities affecting case closing:**

01/20/2018   Sent email to counsel

10/18/2017   Rev computershare acct docs

FORM 1
Page No: 2

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-80722 | Trustee Name: | Lou Ann Marocco |
|---|---|---|---|
| Case Name: | KEILLY, BRIAN MICHAEL | Date Filed (f) or Converted (c): | 09/09/2015 (f) |
| For the Period Ending: | 03/31/2018 | §341(a) Meeting Date: | 10/20/2015 |
| | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/06/2017    revise form 1

3/29/17 trustee will file motion for turnvoer

6/26/16 review poc of US DEPT OF ED

6/20/16 filed roa

6/20/16 left message for Kathleen Wyatt of Huntington bank re keys to building

6/1/16 reviewed tax returns

9/16/16 review poc of Huntington

4/15/16 trustee awaits tax returns

2/23/16 sent an email requesting R and L to evaluate validity of a lien on real estate

2/23/16 sent an email requesting additional information from d's counsel

12/18/15 filed m for extension of time to object to discharge

12/2/15 filed report of first meeting held

11/17/16 conducted 341

| Initial Projected Date Of Final Report (TFR): | 02/28/2017 | Current Projected Date Of Final Report (TFR): | 09/30/2018 | /s/ LOU ANN MAROCCO |
|---|---|---|---|---|
| | | | | LOU ANN MAROCCO |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| Case No. | 15-80722 | |
| Case Name: | KEILLY, BRIAN MICHAEL | |
| Primary Taxpayer ID #: | **-***1665 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2017 | |
| For Period Ending: | 03/31/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Lou Ann Marocco | |
| Bank Name: | Green Bank | |
| Checking Acct #: | ******2201 | |
| Account Title: | DDA | |
| Blanket bond (per case limit): | $36,630,939.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/14/2017 | | UNION BANK | Transfer Funds | 9999-000 | $1,773.00 | | $1,773.00 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $1,771.44 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.85 | $1,768.59 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.85 | $1,765.74 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.57 | $1,763.17 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,760.24 |
| | | | TOTALS: | | $1,773.00 | $12.76 | $1,760.24 |
| | | | Less: Bank transfers/CDs | | $1,773.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $12.76 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $12.76 | |

| For the period of 04/01/2017 to 03/31/2018 | | For the entire history of the account between 11/14/2017 to 3/31/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,773.00 | Total Internal/Transfer Receipts: | $1,773.00 |
| | | | |
| Total Compensable Disbursements: | $12.76 | Total Compensable Disbursements: | $12.76 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.76 | Total Comp/Non Comp Disbursements: | $12.76 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 15-80722 | Trustee Name: | Lou Ann Marocco |
|---|---|---|---|
| Case Name: | KEILLY, BRIAN MICHAEL | Bank Name: | UNION BANK |
| Primary Taxpayer ID #: | **-***1665 | Checking Acct #: | ******3972 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 04/01/2017 | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 03/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/01/2016 | | UNITED STATES TREASURY | TAX Refund | * | $1,825.00 | | $1,825.00 |
| | {10} | | UNSCHEDULED TAX REFUND   $1,388.97 | 1224-000 | | | $1,825.00 |
| | {3} | | tax intercept applied to funds on deposit   $436.03 | 1129-000 | | | $1,825.00 |
| 06/01/2016 | (3) | AUDITOR OF THE STATE OF INDIANA | TAX Refund-state applied to funds on deposit | 1129-000 | $188.00 | | $2,013.00 |
| 07/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,998.00 |
| 08/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,983.00 |
| 09/26/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,968.00 |
| 10/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,953.00 |
| 11/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,938.00 |
| 12/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,923.00 |
| 01/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,908.00 |
| 02/27/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,893.00 |
| 03/27/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,878.00 |
| 04/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,863.00 |
| 05/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,848.00 |
| 06/26/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,833.00 |
| 07/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,818.00 |
| 08/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,803.00 |
| 09/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,788.00 |
| 10/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,773.00 |
| 11/14/2017 | | Green Bank | Transfer Funds | 9999-000 | | $1,773.00 | $0.00 |

**SUBTOTALS**                                                                 $2,013.00        $2,013.00

Case 15-80722-JJG-7A    Doc 46    Filed 04/24/18    EOD 04/24/18 14:35:53    Pg 5 of 6

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-80722 | | **Trustee Name:** | Lou Ann Marocco |
| **Case Name:** | KEILLY, BRIAN MICHAEL | | **Bank Name:** | UNION BANK |
| **Primary Taxpayer ID #:** | **-***1665 | | **Checking Acct #:** | ******3972 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account (Non-Interest Earn |
| **For Period Beginning:** | 04/01/2017 | | **Blanket bond (per case limit):** | $36,630,939.00 |
| **For Period Ending:** | 03/31/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,013.00 | $2,013.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,773.00 | |
| | | | **Subtotal** | | $2,013.00 | $240.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,013.00 | $240.00 | |

**For the period of 04/01/2017 to 03/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $105.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $105.00 |
| Total Internal/Transfer Disbursements: | $1,773.00 |

**For the entire history of the account between 06/01/2016 to 3/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,013.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,013.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $240.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $240.00 |
| Total Internal/Transfer Disbursements: | $1,773.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 15-80722 | Trustee Name: | Lou Ann Marocco |
|---|---|---|---|
| Case Name: | KEILLY, BRIAN MICHAEL | Bank Name: | UNION BANK |
| Primary Taxpayer ID #: | **-***1665 | Checking Acct #: | ******3972 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 04/01/2017 | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 03/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,013.00 | $252.76 | $1,760.24 |

| For the period of 04/01/2017 to 03/31/2018 | | For the entire history of the account between 06/01/2016 to 3/31/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $2,013.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $2,013.00 |
| Total Internal/Transfer Receipts: | $1,773.00 | Total Internal/Transfer Receipts: | $1,773.00 |
| | | | |
| Total Compensable Disbursements: | $117.76 | Total Compensable Disbursements: | $252.76 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $117.76 | Total Comp/Non Comp Disbursements: | $252.76 |
| Total Internal/Transfer Disbursements: | $1,773.00 | Total Internal/Transfer Disbursements: | $1,773.00 |

/s/ LOU ANN MAROCCO

LOU ANN MAROCCO